IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE BOSTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GRAPHIC PACKAGING | : | |
| INTERNATIONAL, LLC | : | NO. 22-3473 |

# ORDER

**AND NOW**, this 24th day of March, 2025, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 30), all documents filed in connection therewith, and the Hearing held on January 13, 2025, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendant Graphic Packaging International, LLC and against Plaintiff Maurice Boston. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.